IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: HCA HEALTHCARE, INC. DATA SECURITY LITIGATION | ) ) ) ) | NO. 3:23-cv-00684<br><br>JUDGE CAMPBELL<br>MAGISTRATE JUDGE FRENSLEY |

## ORDER

The Court has been notified that the following action is related to and should be consolidated with *In re: HCA Healthcare, Inc. Data Security Litigation*, Case No. 3:23-cv-00684 (the "Consolidated Action"):

- *Warren v. HCA Healthcare, Inc.*, No. 3:23-cv-00925 (M.D. Tenn., filed August 30, 2023).

Pursuant to the Court's August 24, 2023 Order (Doc. No. 19), the above-listed related case ("Related Action") is hereby consolidated with *In re HCA Healthcare, Inc. Data Security Litigation*, Case No. 3:23-cv-00684. All future filings in the Related Action shall be filed in the Consolidated Action, case number 3:23-cv-00684. All papers previously filed and served to date in the Related Action are deemed part of the record in the Consolidated Action.

The Clerk is **DIRECTED** to enter a copy of this Order and the August 24, 2023 Order (Doc. No. 19) in the above-listed related case and administratively close that case.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE